1  Larry Lockshin (SBN 61926)
   Diana Esquivel (SBN 202954)
2  LARRY LOCKSHIN, ESQ.
   A LAW CORPORATION
3  701 University Avenue, Suite 100
   Sacramento, CA  95825
4  Telephone:   (916) 649-3777
   Facsimile:   (916) 649-3779
5  Email:        LockshinLawCorp@aol.com

6  Attorney for Plaintiff
   ANDERSON NELSON

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  ANDERSON NELSON, JR.,              No. CIV-S-01-0972 FCD/DAD

12              Plaintiff,             **STIPULATION TO CONTINUE**
                                       **SETTLEMENT CONFERENCE**
13       v.                           **AND ORDER**

14
    UNION PACIFIC RAILROAD
15  COMPANY,                           Trial:        April 10, 2007
                                       Settl Conf:   Sept. 29, 2006
16              Defendant.

17          IT IS HEREBY STIPULATED AND AGREED to by and between plaintiff Anderson Nelson

18  and defendant Union Pacific Railroad Company that the Settlement Conference, set for

19  September 29, 2006 at 1:00 p.m. with the Honorable Garland E. Burrell, be continued to a date in

20  December 2006, depending on court's availability.  The reasons for the continuance are: (1) plaintiff is

21  scheduled to undergo surgery to his left shoulder on October 31st; (2) time is needed to evaluate the

22  success of the surgery and how this may affect plaintiff's claimed damages; and (3) the parties require

23  more time to fully assess their respective positions before attempting resolution, especially in light of

24  the October 31st surgery.

25          IT IS SO STIPULATED AND AGREED.

26  ///

27  ///

28

    Stipulation to Continue Settlement Conference &
    Order

1    Dated: September 20, 2006                    LARRY LOCKSHIN, ESQ.

2                                                 A Law Corporation

3

4                                      By:        /Diana Esquivel

5                                                 Larry Lockshin
                                                  Diana Esquivel
6                                                 Attorneys for Plaintiff

7

8    Dated: September 20, 2006                    UNION PACIFIC R.R. CO. LAW DEPT.

9                                      By:        /James C.E. Barclay

10                                                James Barclay
                                                  Attorneys for Defendant
                          **ORDER CONTINUING SETTLEMENT CONFERENCE**
11

12

13          Based on the parties' stipulation and good cause appearing,

14          IT IS HEREBY ORDERED that the September 29, 2006 Settlement Conference with the

15   Honorable Garland E. Burrell Jr. is continued to December 1, 2006 at 1:00 p.m.   Each party is directed

16   to submit confidential settlement conference statements seven (7) calendar days prior to the conference

     and in the manner and form as stated in the August 21, 2006 Pretrial Conference Order.
17
            IT IS SO ORDERED.
18
     Dated: September 21, 2006
19

20                                                /s/ Frank C. Damrell Jr.

21                                                Frank C. Damrell, Jr.
                                                  United States District Court Judge
22

23

24

25

26

27

28

Stipulation to Continue Settlement Conference &
Order