MICHAEL L. WHITCOMB, ESQ. (SBN: 86744)
JAMES C.E. BARCLAY (SBN: 60503)
UNION PACIFIC RAILROAD COMPANY
Law Department
10031 Foothills Boulevard, Suite 200
Roseville, CA 95747-7101

Phone: (916) 789-6400
Fax:    (916) 789-6227

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

IN AND FOR THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON NELSON, JR., | Case No.: CIV-S-01-0972-FCD-DAD |
| Plaintiff, | STIPULATION, DECLARATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE DATE |
| vs. | |
| UNION PACIFIC RAILROAD CO., | |
| Defendant | |

## STIPULATION

This case was set for a Settlement Conference on December 01, 2006, by this Court in a pretrial order dated August 21, 2006.. JAMES C. E. BARCLAY, the attorney for the Defendant Union Pacific Railroad Company, underwent significant surgery November 28, 2006 which was not known at the time of the Pre-Trial Conference Order. It is uncertain at this time when he will return to the office and/or whether the

////
////
////
////
////

-1-
Stip & Order to Continue Settlement Conference

PDF created with pdfFactory trial version www.pdffactory.com

case will need to be reassigned to new counsel.  Based on this conflict, the parties hereby stipulate and agree to continue the Settlement Conference to a mutually convenient date.

Dated:  November 30, 2006

**MICHAEL L. WHITCOMB, ESQ.**
**JAMES C. E. BARCLAY, ESQ.**


By:   /s/ JAMES C.E.BARCLAY
       **JAMES C. E. BARCLAY**
       **Attorneys for Defendant**
       **UNION PACIFIC RAILROAD COMPANY**

Dated:  November 29, 2006

**LARRY LOCKSHIN, ESQ. A LAW CORPORATION**


By:   /s/ DIANA ESQUIVEL
       **LARRY LOCKSHIN**
       **Attorneys for Plaintiff**
       **ANDERSON NELSON**

-2-
**Stip & Order to Continue Settlement Conference**

PDF created with pdfFactory trial version www.pdffactory.com

## DECLARATION OF MICHAEL L. JOHNSON

I, MICHAEL L. JOHNSON, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and admitted before this Court. I am an attorney that represents Union Pacific Railroad Company in various matters. I have personal knowledge of the facts set forth herein and if called and sworn as a witness would so testify.

2. I have knowledge that James C.E. Barclay underwent significant surgery on November 28, 2006, the details of which I am not providing in the interests of Mr. Barclay's privacy.

3. Mr. Barclay's recovery is uncertain. He has substantial time and effort invested in this case and is presently the attorney in my office assigned to continue defending the case and is most versed in the facts and circumstances. I have chosen not to reassign the matter at this time pending further information concerning Mr. Barclay's health and recovery.

4. At my direction, my office contacted Mr. Lockshin's office and explained the need for the continuance, and Mr. Lockshin has given us his verbal assurance that he will sign the attached Stipulation for Continuance.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 29th day of November 2006 at Roseville, California.

MICHAEL L. JOHNSON

## ORDER

Based on the foregoing, it is the order of this Court that the Settlement Conference is rescheduled to commence at 1:00 p.m. on January 19, 2007.

DATED: November 30, 2006

GARLAND E. BURRELL, JR.
United States District Judge

-3-

Stip & Order to Continue Settlement Conference

PDF created with pdfFactory trial version www.pdffactory.com