Larry Lockshin (SBN 61926)
LARRY LOCKSHIN, ESQ.
A LAW CORPORATION
555 University Avenue, Suite 200
Sacramento, CA  95825
Telephone:   (916) 649-3777
Facsimile:    (916) 649-3779
Email:         LockshinLawCorp@aol.com

Attorney for Plaintiff
ANDERSON NELSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERSON NELSON, JR.,<br><br>            Plaintiff,<br><br>     v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>            Defendant. | No. CIV-S-01-0972 FCD/DAD |

**DISMISSAL DUE TO SETTLEMENT**

---

Dismissal Due to Settlement

Plaintiff, ANDERSON NELSON, by and through his counsel, Larry Lockshin, Esq., A Law Corporation, hereby informs the Court that the above-entitled action may be dismissed with prejudice.

DATED: September 16, 2008

LARRY LOCKSHIN, ESQ.
A Law Corporation

By:____/s/_____
    LARRY LOCKSHIN, ESQ.
    Attorneys for Plaintiff

**IT IS SO ORDERED:**

DATED: September 17, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Dismissal Due to Settlement